```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    MARTIN CRUZ-RUELAS
 7
```

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

```
10  UNITED STATES OF AMERICA,    ) No. 2:10-cr-00247-MCE
                                 )
11                 Plaintiff,    ) STIPULATION AND ORDER TO CONTINUE
                                 ) STATUS CONFERENCE TO SEPTEMBER
12       v.                      ) 30, 2010, AT 9:00 A.M.
                                 )
13  MARTIN CRUZ-RUELAS,          ) Date:  September 2, 2010
                                 ) Time:  9:00 a.m.
14                 Defendant.    ) Judge: Hon. Morrison C. England
    _____ )
15
```

16      THE PARTIES STIPULATE, through counsel, Michele Beckwith,

17 Assistant United States Attorney, and Michael Petrik, Jr., attorney for

18 Mr. Cruz-Ruelas, that the Court should vacate the status conference

19 scheduled for September 2, 2010, at 9:00 a.m., and reset it for

20 September 30, 2010, at 9:00 a.m.

21      Counsel for Mr. Cruz-Ruelas requires the continuance in order to

22 review the Pre-Plea Advisory Guideline Presentence Report and discovery

23 with Mr. Cruz-Ruelas.  Counsel also requires the continuance to

24 negotiate further with the government on behalf of Mr. Cruz-Ruelas.

25      It is further stipulated by the parties that the Court should

26 exclude the period of time from the date of this order through

27

28                                  1

September 30, 2010, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting Mr. Cruz-Ruelas' request for a continuance outweigh the best interest of the public and Mr. Cruz-Ruelas in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: August 30, 2010              Respectfully submitted,

                                    DANIEL BRODERICK
                                    Federal Defender

                                    /s/ M.Petrik
                                    _____
                                    MICHAEL PETRIK, Jr.
                                    Assistant Federal Defender
                                    Attorneys for Defendant

Dated: August 30, 2010              BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ M.Petrik for Michele Beckwith
                                    _____
                                    MICHELE BECKWITH
                                    Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on September 30, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: August 31, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3